

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00044-CR

_____

EX PARTE:   ZAKEE KALEEM ABDULLAH

On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 11F0009-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Zakee Kaleem Abdullah has filed two appeals, both from orders by a trial court denying the full relief sought in his application for writ of habeas corpus. In this case, he was indicted for the criminal offense of holding himself out as a lawyer, although not licensed to practice law. In the companion case, he was indicted for stealing between $1,500.00 and $20,000.00 from an individual. Abdullah states that bail was set at $10,000.00 on the present offense, at $50,000.00 on the companion prosecution, and that he was also subject to a parole hold which caused his continued incarceration.

In both cases, Abdullah is representing himself. Abdullah has filed a single brief for both appeals, raising the same issues and seeking relief for the same reasons.

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Abdullah v. State*, cause number 06-11-00043-CR, we affirm the order of the trial court.

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 6, 2011
Date Decided:      June 7, 2011

Do Not Publish

2